THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE R. ADAMS, Appellant, *v.* JACOB F. STOLL et al., as Assessors of the Town of Rosendale, Respondents.

*People ex rel. Adams* v. *Stoll,* 131 App. Div. 918, appeal dismissed.
(Submitted November 10, 1909; decided November 16, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

36

March 18, 1909, which affirmed an order of Special Term denying a motion for a retaxation of costs.

*George R. Adams,* appellant in person.

*Howard Chipp* and *John E. Hardenbergh* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: HISCOCK, J.